O'NEILL / HASSEN

Attorneys at Law

October 27, 2026

VIA ECF and US Mail
Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: *United States v. Mario Medina,* 25 Cr 345 (LJL)

Dear Judge Liman:

We write in advance of Mario Medina's sentencing which is scheduled for November 10 at 11:00 AM. The government and defense have settled on an agreed-upon range for sentencing of 156 to 204 months or 13 to 17 years' incarceration. We ask that the Court, given Mario's limited role in the offense, his familial responsibilities and support, and his *de minimis* criminal record, sentence Mario to the minimum appropriate sentence.

Mario Medina's role in this offense was discrete. He served as a getaway driver for what he believed to be a theft of marijuana from a marijuana dealer. He did not personally possess a firearm. He did not believe that anyone was going to be harmed, let alone killed. Prior to this case, Mario lived an uneventful life; his only interaction with the criminal system was a misdemeanor that occurred almost a decade ago, in 2017 and resulted in 5 days of community service and a lone criminal history point. The instant case is a true aberration in Mario Medina's adult life.

Early Childhood and Family of Origin

Mario is the youngest of his parents' many children. Mario's father Johnny was a long-haul truck driver who had offspring all over the country, including in Maryland, Chicago, Florida, and elsewhere in the Bronx. In all, Mario counts thirty-two half siblings on his father's side. Mario's mother, Mildred, had eight children of her own. Mario is the youngest of all his known siblings.[1]

[1] Information in this sentencing memorandum comes from interviews with Mario and his family, the PSR, and the mitigation report by Carmeta Albarus, attached as Exhibit A.

1 / P (212) 203-1858
2 / F (212) 203-1858
3 / grainne@oandh.net
4 / www.oandh.net
5 / 25 Eighth Ave, Suite C, Brooklyn, NY 11217
6 / 9213 2C82 E6F0 93EA D673 EA30 C7EB 7E03 1B1B 82FA

Mario's older siblings in other states had little impact on his daily life. As far as he knew, his mother was in a committed monogamous union with his father, who had a large presence in the family, even during his frequent absences. Mario's dad set the ground rules for the family, and those rules were old school. Dinner every night was at the dinner table, and everyone sat together in silence and ate. Johnny brutally disciplined his children, especially Mario. Mario was whipped with a switch, and he was forced to kneel on rice for hours.

Mario's father was missing for a lot of Mario and his immediate family's lives. Johnny was a trucker and was often gone for months at a time. His grown children still have no idea how much of this time Johnny was working and how much he was with his other families, but they appreciate that their father provided for them financially and participated in family life when he was home. Johnny Junior, Mario's older brother with whom he remains very close today, remembers their father as a disciplinarian but also as a fun and engaged presence.

All the kids speak about the treehouse Johnny Senior built with swings underneath where they played throughout their childhood. Johnny Senior was charming and his sons felt loved by him, even though they also missed him terribly when he was gone. Despite his obvious shortcomings the children remember him very fondly. Inevitably, though, after a few days or a week of dad being home, Johnny would leave all over again.

Johnny Senior was born in 1942 and died of Covid-19 in April of 2020. He was 78 years old. He was suffering from dementia and was living in a nursing home when he passed away. For Mario the inability to visit his father before he passed was an incalculable loss.

Mario's mother Mildred was almost 20 years younger than Johnny Senior. Born in 1960, she is now 66 years old. Although she had Mario's five older siblings during a prior relationship, Johnny Senior was the love of Mildred's life. Despite their separation and his frequent infidelities, she loved Johnny dearly and was devastated by his death.

Mildred was a lifelong smoker and now has emphysema and requires an oxygen tank to breathe. Mildred relied on Mario to accompany her to doctor's appointments, and he visited her when she was hospitalized for blood clots and for her hip replacement surgeries. After Mario's arrest, Mildred's "health declined… [It] triggered her emphysema and asthma." Exhibit B,

Letter from Mildred Garcia, Mario's mother. She neglected to attend her rehabilitation and physical therapy appointments and is now bed-bound and can no longer walk. She is in decline and worries that she will not get to see her youngest child again. She has not been well enough to visit Mario or to attend his Court appearances. Mario's mother knows that "he understands the damage he caused and the consequences that come along with it." *Id.*

## Education

Mario struggled with school, which makes sense, because he attended PS 63 in the Bronx, one of the worst schools in New York City.[2] Mildred sought to shield Mario from the stigma of a mental health diagnosis, which meant he did not get the treatment he needed as a child. She did not understand that a diagnosis could provide Mario with the tools to work through his disabilities. Mario remembers being bullied at school for his short stature and his hair, and he developed a tough outer shell. He started to act out in school; with hindsight he realizes he did it to distract from his poor performance.

Mario started experimenting with drugs when he was still a boy. He was 13 when he tried marijuana, and he used it regularly through middle and high school. He has never received treatment for marijuana use disorder. Probation acknowledges that Mr. Medina is "interested in substance use treatment if it is offered."[3] We ask the Court to recommend to the Bureau of Prisons that Mr. Medina be provided with the RDAP program while he is incarcerated.

## Young Adulthood and Family Responsibilities

When he was 16, Mario met and fell in love with Arlene Sang. She was a year older than him and they had two children together, JM barely a year after they met and started dating and AM a year after that. Arlene and Mario were madly in love, and when Arlene's mother moved to Florida, Mario dropped out of school to move with them.

---

[2] Dao, James, "Regents Say They Might Shut Schools", NY Times Oct. 14, 1995, Sec. 1, Page 21; available at: https://www.nytimes.com/1995/10/14/nyregion/regents-say-they-might-shut-schools.html

[3] See PSR ¶ 75.

Arlene's mother did not approve of Mario, and although Mario tried to make it work in Florida with Arlene and the children, he soon returned home to the Bronx without them. AM and JM are now in seventh and eighth grades, and Mario is sad that he doesn't have a stronger bond with them. He blames Arlene's mom in part, but he also recognizes that he was young when the children were born and not ready to be a father. He yearns for the opportunity to be part of their lives and hopes that he can show them how much he loves them one day.

After returning to the Bronx without Arlene and the children, Mario was unfocused. He found work in construction and then, eventually, delivering medication for a pharmacy in the Bronx. Although Mario's work history is off the books, Mario's brother Johnny confirms that Mario was gainfully employed throughout his adult life.

In 2016, Mario met and moved in with Amy Cueva. Ms. Cueva is fifteen years older than Mario. When they met, he was 22 and she was 37. They have two children together: IM, age nine and SM, age seven. Mario relied on Ms. Cueva during their early years together, and he was active and present during her first pregnancy and IM's infancy. However, while Ms. Cueva was pregnant with SM, Mario cheated on her with Jasmin Ferrera, and Ms. Ferrera became pregnant during Ms. Cueva's pregnancy.

Together, Jasmin and Mario had two children: LM, now age eight, and HM, age seven. Mario was active in LM and HM's lives, taking them to school and providing financial support prior to his incarceration. Mario misses all his children and regrets that his choices are keeping him from being in their lives.

Although Mario was an active parent to LM and HM, his relationship with Ms. Ferrera faded, and Mario entered into a new relationship with Nicole Lebron. Ms. Lebron is his current partner and has supported him throughout this difficult process, visiting him regularly in MDC. She intends to stand by him through this period of incarceration.

<u>Mario's Involvement in the Offense.</u>

Mario is deeply remorseful for his role in this offense and the tragic loss of life that resulted. He did not expect that anyone would be physically harmed, much less killed. But he understands that his decision to serve as the getaway driver helped make the robbery possible, and he accepts responsibility for his decision. Mario's family and community characterize

him as a kind, lighthearted, and giving person, and he is horrified that he contributed to ending someone's life.

Mario only has one prior arrest, for a misdemeanor assault in 2017. He received a sentence of five days of community service for that offense.

Mario was arrested on October 5, 2023 by the NYPD. He was transferred to federal custody almost two years later, on August 22, 2025. He has now been incarcerated for over three years in harsh pretrial detention facilities on Rikers Island and at MDC Brooklyn. Mario has not been able to take GED classes at MDC, in part due to the constant lockdowns, and in part because there is a long waiting list. Mario is hopeful that when he gets to another facility he will be able to avail himself of more programs.

During his time in custody so far, Mario has been able to take the National Parenting Program, My Coping Skills, Feelings, and an origami course.[4] Mario has been working as a laundry orderly in the facility to pass the time and feel like he is contributing to the world around him.

Mario was initially charged with a capital offense, and the government contemplated pursuing the death penalty against him.

Mario was permitted to plead guilty to a Hobbs Act Robbery and possession of a firearm in furtherance of that robbery. Although the guideline range is the statutory maximum – 25 years of incarceration – the government has agreed to an advocacy cap of 17 years, provided the defense also agreed to an advocacy floor of 13 years. Probation independently urges the Court to vary from the guidelines range of 25 years down 100 months to 16 years and 8 months incarceration.

## Future Plans

Mario's older brother Johnny Junior lives in Florida with his partner and their children. He is a gregarious man who works as a security guard at Disney World. Johnny and his fiancée Jasmine Santiago intend to provide Mario with a stable home and guidance in Florida once he is released from prison. Johnny and Jasmine are parents to four children and have worked hard to make theirs a happy home.[5] They have nightly dinners at the dining room table and encourage their children to talk about their days at school.

---

[4] See Certificates attached as Exhibit G.
[5] See Exhibit H, Letter from Jasmine Santiago.

Mario has always been close with his older brother, and Mario is thankful that he will have his brother's support when he is released. Johnny "believe[s his]… brother is capable of learning from his mistakes and becoming a better man, father and member of society." Exhibit C, Letter from Johnny Medina. Johnny and Mario's lives have taken drastically different routes, and Johnny is hopeful that he will be able to set his brother on a better path.

Mario's sister, Jacqueline Martinez, speaks of Mario's kindness to strangers, including people experiencing homelessness. "Mario Medina can be a selfless, caring person. He is truly loved by neighbors and business owners. He was an individual who would see someone struggling with grocery bags, car parking and even store inventory delivery and would step in to help out. He never looked down on anyone whether they were experiencing homelessness, panhandling on the streets or going through a mental health crisis. He would offer them food, words of encouragement and even a few laughs that I am sure made their day better and even created friendships." Exhibit D, Letter from Jacqueline Martinez.

Mario's neighbor, Gloria Meley, explains that Mario on many occasions assisted her with bringing her groceries up to her fourth-floor apartment. Ms. Meley explains, "Mario is a kind hearted person whom always has shown respect and gratitude to me and my family." Exhibit E, Letter from Gloria Meley.

As children, Johnny, Mario, and their sister Johnalee were especially close. Mario and Johnalee called each other twin because they look so similar and were less than a year apart in age. Johnalee fondly remembers their childhood spent playing manhunt in the neighborhood and creating their own worlds in their tree fort. "Whenever Mario was around, there was usually laughter. He had a natural ability to bring energy into a room and make even ordinary family moments memorable. His laughter and personality were a big part of what made our family gatherings so special." Exhibit F, Letter from Johnalee Medina.

Johnalee wonders, because Mario is the "youngest, the baby of the family, … whether he received the guidance and direction he needed during some important years of his life." Id. This makes sense, given that Johnny Junior and Johnalee are stable, mature, and gainfully employed parents. The Court might wonder what happened, and the answer is likely some combination of the timing of the breakdown of his parents' relationship, his

untreated disabilities, and the quality of the elementary school Mario attended.

Mario is a cherished member of his extended family, as the Court can read in the letters of support. His family love him dearly and they will pay careful attention to him when he is released from prison at the end of his sentence. This support will facilitate Mario's rehabilitation as will the drug treatment and educational programs he will participate in through the Bureau of Prisons.

Conclusion

Mario is now 32 years old and a father of six. He will be in his 40s or 50s when he is released from prison, an age at which the risk of recidivism is low.[6] Mario is in criminal history category I, having a single criminal history point for an assault that occurred almost a decade ago, for which he received a sentence of community service. His behavior in the instant case was an aberration. Mario is deeply remorseful for his participation in this crime. He knows he must be punished. We ask the Court to sentence Mario Medina to the lowest appropriate sentence.

We thank the Court for its attention to Mario Medina's sentencing.

Respectfully submitted,

/s/

Grainne E. O'Neill
Natali Todd
*Attorneys for Mario Medina*

[6] See, United States Sentencing Commission, "The Effects of Aging on Recidivism Among Federal Offenders", available at: https://www.ussc.gov/sites/default/files/pdf/research-and-publications/research-publications/2017/20171207_Recidivism-Age.pdf.